JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE M. LeROUX, as Trustee of the William James Ross IV Irrevocable Trust and Edmund William Ross II Irrevocable Trust;<br><br>Plaintiff,<br><br>v.<br><br>C.P.A. INSURANCE COMPANY, a corporation, DOUGLAS F. RUBINO, JULIE ANN EASTWOOD, STEPHANIE H. SHEAR, DONALD R. MCKAY, ROBERT S. ROCK, CONTRACTOR MANAGING GENERAL INSURANCE AGENCY, INC., ICON REINSURANCE, LTD.; and DOES 1-25 INCLUSIVE;<br><br>Defendants. | Case No.:  8:14-cv-01540-JVS-JCG<br><br>Judge: Hon. James V. Selna<br><br>Courtroom: 10C<br><br>**JUDGMENT** |

   This action was decided by Judge James V. Selna on motions to dismiss brought by 1) Defendant C.P.A. Insurance Company, Inc.; 2) Defendant ICON

_____  - 1 -

Reinsurance, Ltd.; 3) Defendants Douglas F. Rubino, Julie Ann Eastwood, and Robert S. Rock; 4) Defendants Stephanie H., Shear and Contractor Managing General Insurance Agency, Inc.; and 5) Defendant Donald R. McKay.

Pursuant to the Court's orders in regard to the motions to dismiss, and the subsequent denial of Plaintiff's motion for reconsideration, IT IS HEREBY ORDERED AND ADJUDGED, that Plaintiff Annette M. LeRoux as Trustee of the William James Ross IV Irrevocable Trust and Edmund William Ross II Irrevocable Trust recover nothing from Defendants C.P.A. Insurance Company, Inc., Douglas F. Rubino, Julie Ann Eastwood, Stephanie H. Shear, Donald R. McKay, Robert S. Rock, Contractor Managing General Insurance Agency, Inc. and ICON Reinsurance, Ltd., this action be dismissed without prejudice, and that Defendants C.P.A. Insurance Company, Inc., Douglas F. Rubino, Julie Ann Eastwood, Stephanie H. Shear, Donald R. McKay, Robert S. Rock, Contractor Managing General Insurance Agency, Inc. and ICON Reinsurance, Ltd. recover costs from Plaintiff Annette M. LeRoux as Trustee of the William James Ross IV Irrevocable Trust and Edmund William Ross II Irrevocable Trust.

DATED: March 16, 2016

_____
United States District Judge